

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00348-CV

**IN RE** Bobin **GEORGE**

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: May 6, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Bobin George, proceeding pro se, filed his petition for writ of mandamus, mandamus record, and statement of inability to afford costs on April 29, 2026. Having considered the petition and accompanying record, this court has determined that George has not established that he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 24-1568-CV-E, styled *In the Matter of the Marriage of B.A.D. and B.T.G., and In the Interest of E.F.G., a Child*, pending in the 456th District Court, Guadalupe County, Texas, the Honorable Heather H. Wright presiding.